IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GERALDINE MANN, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: |
| ARTUR EXPRESS, INC., | ) **JURY TRIAL DEMANDED** |
| Defendant. | ) |

## NOTICE OF REMOVAL

COMES NOW Defendant, Artur Express, Inc., by and through its attorneys, Roberts Perryman, P.C., and hereby files its Notice of Removal stating the following:

## INTRODUCTION

1. A civil action has been commenced and is now pending in the Circuit Court of St. Louis County, State of Missouri, Case. No. 20SL-CC03612, wherein Geraldine Mann is a Plaintiff, and Artur Express, Inc. is the Defendant.

2. This action is a civil action wherein Plaintiff has made claims for damages as a result of Defendant's alleged discrimination in not hiring Plaintiff on the basis of her gender that occurred on or around March 7, 2019.

3. Defendant Artur Express, Inc. was served with a copy of the initial pleadings on August 24, 2020.

## FEDERAL QUESTION EXISTS

4. This action is a civil action, of which the United States District Courts have original jurisdiction pursuant to 28 U.S.C. § 1331, and is one which may be removed to this Court by

Defendant pursuant to 28 U.S.C. § 1441, as this is a civil action or proceeding involving a federal question.

5. Plaintiff Geraldine Mann's Complaint alleges a sole count of gender discrimination based on Title VII of the Civil Rights Act of 1964, codified as 42 U.S.C. § 2000e, *et seq*.

6. Therefore, federal question jurisdiction exists as Plaintiff's claim has been raised under the laws of the United States.

## **NOTICE OF REMOVAL IS TIMELY**

7. Less than thirty (30) days has elapsed since receipt of said initial pleadings by Defendant Artur Express, Inc. in this matter.

8. Defendant Artur Express, Inc. files herewith a copy of all process, pleadings, and orders served upon it in this action.  See Exhibit A.

WHEREFORE, Defendant Artur Express, Inc. prays the Court to accept its Notice for Removal, and make and enter such orders as may be necessary to effect the complete removal of this action from the Circuit Court of St. Louis County, Missouri to the United States District Court for the Eastern District of Missouri, and that further proceedings be discontinued in the State Court and all future proceedings be held in this Court, as the laws in such case provide.

Respectfully submitted,

ROBERTS PERRYMAN, P.C.

/s/ Ted L. Perryman_____
Ted L. Perryman, #28410MO
Andrew P. Laquet, #66030MO
1034 S. Brentwood Blvd., Suite 2100
St. Louis, MO 63117
(314) 421-1850
(314) 421-4346 Facsimile
tperryman@robertsperryman.com
alaquet@robertsperryman.com
***Attorneys for Defendant Artur Express, Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been filed upon the Court's electronic filing system this 23rd day of September, 2020 to:

Carla G. Holste
Carson & Coil, P.C.
515 E. High St., 4th Floor
P.O. Box 28
Jefferson City, MO 65102
(573) 636-2177
(573) 636-7119 Facsimile
cgholste@carsoncoil.com
***Attorney for Plaintiff***

/s/ Ted L. Perryman_____