IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GERALDINE MANN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4_20-CV-1332 |
| ARTUR EXPRESS, INC., | ) ) ) |
| Defendant. | ) ) |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to an agreement of the parties herein, Plaintiff in the above-captioned matter hereby dismisses her cause of action with prejudice. Costs to be paid as set forth in the settlement agreement.

CARSON & COIL, P.C.

/s/Carla G. Holste
Carla G. Holste    #35117
515 East High Street, Suite 400
P. O. Box 28
Jefferson City, MO  65102
(573) 636-2177
(573) 636-7119 Fax
cgholste@carsoncoil.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a Notice of Electronic Filing of the foregoing document was caused to be served upon all counsel of record by electronic transfer on the date and time as shown on the transfer certificate.

/s/Carla G. Holste
Carla G. Holste